**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                    (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dr. S. Dayyani OD, a Professional Optometric Corp. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba/ Dr. Dayyani Eye Care Optometry |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4536102  __ __  __ __  __ __ __ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 322      Wilshire Blvd<br>Number    Street | 4718 3/4   Admiralty Way<br>Number      Street |
| | P.O. Box |
| Santa Monica    CA    90401<br>City    State    ZIP Code | Marina del Rey    CA    90292<br>City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | |
| | Number      Street |
| | |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)    https://www.samoeyecare.com

| Debtor | Dr. S. Dayyani OD, APOC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

6213 ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).  **[SEE ATTACHMENT 4]**

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Dr. S. Dayyani OD, APOC                                    Case number *(if known)* _____
         <sub>Name</sub>

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

         District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                    MM / DD / YYYY

         Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

                          _____

                          _____
                          City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

---

| Debtor | Dr. S. Dayyani OD, APOC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

[NOTE: estimated assets include contingent litigation claims]

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/ 13 / 2020
MM / DD / YYYY

✗ _____        Shahrokh Dayyani
Signature of authorized representative of debtor        Printed name

Title  President

Debtor ___Dr. S. Dayyani OD, APOC___
<sub>Name</sub>

Case number <sub>(if known)</sub>_____

---

**18. Signature of attorney**

✖ _____/s/ Kevin McBride_____    Date  11/15/2020
Signature of attorney for debtor                               MM/ DD / YYYY

Kevin McBride_____
Printed name
McBRIDE LAW, PC_____
Firm name
700          South Flower Street, Suite 1000_____
Number     Street
Los Angeles_____    CA         90017_____
City                                                State    ZIP Code
(213) 600-6077_____    km@mcbride-law.com_____
Contact phone                                          Email address

116852_____    CA_____
Bar number                                          State

---

**Fill in this information to identify the case:**

Debtor name  Dr. S. Dayyani OD, APOC

United States Bankruptcy Court for the:  Central  District of  California
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | General RE Management 2452 Wilshire Blvd. Santa Monica, CA  90403 | | office rent | | | | 85,688.73 |
| 2 | ABB Optical PO BOX 742779 Los Angeles CA 90074 | | open account-lenses | | | | 11,424.68 |
| 3 | Maui Jim USA. Inc. PO BOX 203861 Dallas TX 75320 | | open account-sunglasses | | | | 2,063.64 |
| 4 | Baker, Keener & Nahra, LLP 633 West Fifth St, Suite 5500 Los Angeles, CA 90071 | | legal services | | | | 6,599.55 |
| 5 | Uline PO Box 88741 Chicago, IL  60680-1741 | | shipping | | | | 592.70 |
| 6 | Mansour Poursaleh, CPA 30423 Canwood St. Ste 213 Agoura Hills, CA 91301 | | CPA services | | | | 4,500.00 |
| 7 | Mykita 80 Main Street, Suite #200 West Orange NJ 07052 | | open account-frames | | | | 4,729.09 |
| 8 | Safilo 300 Lighting Way, #400 Seacaucus, NJ 07094 | | open account-frames | | | | 4,915.09 |

Debtor    Dr. S. Dayyani OD, APOC
_____
Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Expert 421, Inc.<br>500 N. State College Blvd<br>Ste 1100-424<br>Orange, CA 92868 | | legal services | | | | 4,500.00 |
| 10 | Marcolin USA Eyewear<br>3140 Route 22 West<br>Somerville, NJ 08876 | | open account-frames | | | | 1404.58 |
| 11 | Southern California Edison<br>PO BOX 300<br>Rosemead, CA 91772 | | utilities-electricity | | | | 859.78 |
| 12 | Aetna<br>PO BOX 14079<br>Lexington KY 40512-4079 | | litigation claim | conting disputed unliquid | | | 0.00 |
| 13 | United Health Care Services<br>PO BOX 740800<br>Atlanta, GA 30374-0800 | | threatened claim | conting disputed unliquid | | | 0.00 |
| 14 | Spectrum Business<br>PO BOX 60074<br>City of Industry, CA 91716 | | utilities | | | | 385.47 |
| 15 | Abba<br>251 E. Imperial HWY S. 430<br>Fullerton, CA 92835 | | open account-lenses | | | | 215.14 |
| 16 | De RIGO Rem<br>10941 La Tuna Canyon Rd<br>Sun Valley, CA 91352 | | open account-frames | | | | 129.60 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin McBride (SBN 116852)<br>McBRIDE LAW, PC<br>700 South Flower Street<br>Suite 1000<br>Los Angeles, CA  90017<br>tel: (213) 600-6077<br>fax: (213) 600-6005<br>km@mcbride-law.com | |
| ☒ *Attorney for:* debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Dr. S. Dayyani, OD, a Professional Optometric Corp.<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Shahrokh Dayyani _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Shahrokh Dayyani (100%)

[For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/14/2020

By: _____
Signature of Debtor, or attorney for Debtor

Name: Shahrokh Dayyani, president
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Santa Monica_____ , California

Date: _11/14/2020_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name   Dr. S. Dayyani, OD, a Professional Optometric Corp.

United States Bankruptcy Court for the: Central _____ District of California
(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................

   $ _____ 0.00

   **1b. Total personal property:**          **[NOTE: includes contingent litigation claims]**
   Copy line 91A from *Schedule A/B*...........................................................................

   $ _____ 1,321,029.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................

   $ _____ 1,321,029.00

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................

   $ _____ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................

   $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................

   + $ _____ 476,508.00

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 476,508.00

---

**Fill in this information to identify the case:**

Debtor name ___Dr. S. Dayyani OD, APOC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | checking | 5427 ___ ___ ___ | $        2,555.47 |
| 3.2. OneWest Bank | checking | 2402 ___ ___ ___ | $      10,249.23 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1** — $      12,804.70
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. General Real Estate Management _____   $        6,443.15
   7.2. _____   $_____

Debtor    Dr. S. Dayyani OD, APOC
          Name                                                    Case number *(if known)*_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                            $_____6,443.15

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ........➡    $_____0.00
                           face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     _____ – _____ = ........➡    $_____0.00
                           face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $_____0.00

---

Debtor _____    Case number _(if known)_____
        Dr. S. Dayyani OD, APOC
        Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| eyeglass frames and sunglasses | 11/01/2020 MM / DD / YYYY | $ 30,000.00 | cost estimate | $ 30,000.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.    ✓    $ 30,000.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _$6,000_    Valuation method _cost estimate_    Current value _$6,000_

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor _____    Case number (if known)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> optometry equipment, computers and related | $ 49,753.00 | book estimate | $ 49,753.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 49,753.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number *(if known)* _____
Dr. S. Dayyani OD, APOC
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____   Case number (if known) _____
        Name
Dr. S. Dayyani OD, APOC

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 322 Wilshire Blvd. | leasehold | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** customer list | $ 10,000.00 | book estimate | $ 10,000.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ 10,000.00

---

Debtor   Dr. S. Dayyani OD, APOC
_____Name_____                           Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ − _____ = ➜ $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Against AETNA: see Attachment 1: Pending Litigation                $   906,600.00
**Nature of claim**   contingent litigation claims
**Amount requested**  $   906,600.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
See, Attachment 2: Other Contingent Claims                         $   306,600.00
**Nature of claim**   contingent reimbursements
**Amount requested**  $   306,600.00

76. **Trusts, equitable or future interests in property**

_____                                    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                                    $_____
_____                                    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.             $   1,213,200.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor        Dr. S. Dayyani OD, APOC
        _____        Case number (if known)_____
        Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,804.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,443.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 49,753.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,213,200.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 1,322,201.00 ⊞ | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................    $ 1,322,201.00

**Fill in this information to identify the case:**

Debtor name ___Dr. S. Dayyani OD, APOC___

United States Bankruptcy Court for the: ___Central District___    District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims            NONE.**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

_____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

_____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines ____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            $_____ 0.00

Fill in this information to identify the case:

Debtor _____Dr. S. Dayyani OD, APOC_____

United States Bankruptcy Court for the: __Central_____ District of __California__
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

**2.2** Priority creditor's name and mailing address

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____   $_____

Debtor    Dr. S. Dayyani OD, APOC
         Name                                                    Case number (if known) _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
General Real Estate Management
2452 Wilshire Blvd.
Santa Monica, CA 90403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  rent

Date or dates debt was incurred    03-11/2020
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

$ 85,688.73

**3.2**
Nonpriority creditor's name and mailing address
Baker, Keener & Nahra, LLP
633 West Fifth Street, Suite 5500
Los Angeles, CA 90071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,599.55

**3.3**
Nonpriority creditor's name and mailing address
Gianelli & Morris, a Law Corp.
550 South Hope Street, Suite 1645
Los Angeles, CA 90071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.4**
Nonpriority creditor's name and mailing address
Aetna
PO BOX 14079
Lexington KY 40512-4079

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  litigation claim

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.5**
Nonpriority creditor's name and mailing address
United Health Care Services, Inc.
PO BOX 740800
Atlanta , GA 30374-0800

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  threatened claim

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

**3.6**
Nonpriority creditor's name and mailing address
Spectrum Business TIME WARNER CABLE
PO BOX 60074
City of Industry, CA 91716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  internet service

Date or dates debt was incurred    11/2020
Last 4 digits of account number    2423 __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 385.47

Debtor _____   Case number (if known) _____
   Dr. S. Dayyani OD, APOC
   Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3._7**    **Nonpriority creditor's name and mailing address**

Abba

251 E. imperial HWY, Suite 430

Fullerton , CA 92835

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   1459 __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** open account-lenses

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 215.14

---

**3._8**    **Nonpriority creditor's name and mailing address**

De RIGO Rem

10941 La Tuna Canyon Rd

Sun Valley, CA 91352

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   4488 __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** open account-frames

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 129.60

---

**3._9**    **Nonpriority creditor's name and mailing address**

Southern California Edison

PO BOX 300

Rosemead, CA 91772

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   5283 __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** utilities-electricity

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 859.78

---

**3.10**    **Nonpriority creditor's name and mailing address**

Maui Jim USA. Inc.

PO BOX 203861

Dallas TX 75320

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   0100 __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** open acct-glasses

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 2,063.64

---

**3.11**    **Nonpriority creditor's name and mailing address**

Shahrokh Dayyani

4718 3/4 Admiralty Way

Marina del Rey, CA  90292

**Date or dates debt was incurred**   2019 - 2020

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 2019+2020 salary

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 160,000.00

---

Debtor  Dr. S. Dayyani, OD, a Professional Optometric
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

ABB Optical Group

PO BOX 742779

Los Angeles CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 11,424.68

Basis for the claim: open account-lenses

Date or dates debt was incurred _____

Last 4 digits of account number  4749 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Mykita

80 Main Street, Suite #200

West Orange NJ 07052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,729.09

Basis for the claim: open account-frames

Date or dates debt was incurred _____

Last 4 digits of account number  0339 __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Safilo

300 Lighting Way, #400

Seacaucus, NJ 07094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,915.09

Basis for the claim: open account-frames

Date or dates debt was incurred _____

Last 4 digits of account number  2475 __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Shahrokh Dayyani

4718 3/4 Admiralty Way

Marina del Rey, CA  90292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 188,630.00

Basis for the claim: company loans

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Marcolin USA Eyewear

3140 Route 22 West

Somerville, NJ 08876

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,404.58

Basis for the claim: open account-frames

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor ___Dr. S. Dayyani, OD, a Professional Optometric___    Case number (if known)_____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** | **Nonpriority creditor's name and mailing address**

Expert 421, Inc.

500 N. State College Blvd, Ste 1100-424

Orange, CA 92868

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 4,500.00

**Date or dates debt was incurred**        _____
**Last 4 digits of account number**        __ __ __ __

**Basis for the claim:** legal services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Mansour Poursaleh

30423 Canwood St. Ste 213

Aguora Hills, CA 91301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,500.00

**Basis for the claim:** CPA services

**Date or dates debt was incurred**        _____
**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Uline

PO Box 88741

Chicago, IL  60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 592.70

**Basis for the claim:** shipping costs

**Date or dates debt was incurred**        _____
**Last 4 digits of account number**        7082 __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

Italee Optics, Inc.

2641 W Olympic Blvd

Los Angeles, CA  90006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** open account: lenses

**Date or dates debt was incurred**        _____
**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

US Optical

6848 Ellicot Dr. E.

Syracuse NY 13057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** open account: frame

**Date or dates debt was incurred**        _____
**Last 4 digits of account number**        1259 __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number _(if known)_ _____
        Dr. S. Dayyani OD, APOC
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. GORDON REES SCULLY MANSUKHANI LLP<br><br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071 | Line _3.4_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. KENNADAY LEAVITT PC<br><br>621 Capital Mall, Suite 2500<br>Sacramento, CA  95814 | Line _3.4_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. GREENBERG TRAURIG, LLP<br><br>2375 East Camelback Rd Suite 700<br>Phoenix, AZ  85016 | Line _3.4_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____ Dr. S. Dayyani OD, APOC _____   Case number *(if known)*_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 476,508.00 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____ 476,508.00 |

**Fill in this information to identify the case:**

Debtor name ___Dr. S. Dayyani, OD, a Professional Optometric Corp.___

United States Bankruptcy Court for the: ___Central___ District of ___California___
                                                                         (State)

Case number (If known): _____ Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | office lease | General Real Estate Management |
| | | | 2452  Wilshire Blvd |
| | State the term remaining | 9 months | Santa Monica, CA 90403 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Dr. S. Dayyani, OD, a Professional Optometric Corp._

United States Bankruptcy Court for the: _Central_ District of _California_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.      **NONE.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Dr. S. Dayyani, OD, a Professional Optometric Corp.

United States Bankruptcy Court for the:  Central _____ District of  CA _____
(State)

Case number (*if known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Attachments No. 1, 2, 3, 4 _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/2020     ✗ _____
MM / DD / YYYY                                    Signature of individual signing on behalf of debtor

                                                  Shahrokh Dayyani
                                                  Printed name

                                                  President
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Dr. S. Dayyani OD, APOC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2020 to Filing date  MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 362,216.00 |
   | **For prior year:** From 01/01/2019 to 12/31/2019  MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 594,757.00 |
   | **For the year before that:** From 01/01/2018 to 12/31/2018  MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | $ 1,170,506.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   |  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date  MM / DD / YYYY | _____ | $ 0.00 |
   | **For prior year:** From _____ to _____  MM / DD / YYYY   MM / DD / YYYY | _____ | $ 0.00 |
   | **For the year before that:** From _____ to _____  MM / DD / YYYY   MM / DD / YYYY | _____ | $ 0.00 |

Debtor    Dr. S. Dayyani OD, APOC _____    Case number *(if known)*_____
           Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Baker, Keener & Nahra, LLP<br>Creditor's name<br>633 West Fifth St<br>Street<br>Suite 5500<br>Los Angeles, CA  90071<br>City          State       ZIP Code | _____<br><br>_____<br><br>_____ | $     45,000.00 | ☐  Secured debt<br>☐  Unsecured loan repayments<br>☐  Suppliers or vendors<br>☑  Services<br>☐  Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City          State       ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐  Secured debt<br>☐  Unsecured loan repayments<br>☐  Suppliers or vendors<br>☐  Services<br>☐  Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State       ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City          State       ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor    Dr. S. Dayyani OD, APOC
_____
Name

Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City            State       ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City            State       ZIP Code | | | |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City            State       ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.    **[SEE ATTACHMENT NO. 1]**

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Stanton, et al v. Aetna | insurance claims | US Dist. Court Cent. Dist. California | ☑ Pending |
| | | Name  Ronald Reagan Federal Bldg. | ☐ On appeal |
| Case number | | Street  411 West 4th Street | ☐ Concluded |
| 2:18-cv-8937 (CJC) | | Santa Ana, CA 92701-4516 | |
| | | City        State        ZIP Code | |
| Case title | | Court or agency's name and address | |
| 7.2. Aetna v. Dayyani | insurance fraud allegation | California Superior Court, Los Angel | ☑ Pending |
| | | Name  Stanley Mosk Courthouse | ☐ On appeal |
| Case number | | Street  111 North Hill Street | ☐ Concluded |
| BC705935 | | Los Angeles, CA 90012 | |
| | | City        State        ZIP Code | |

---

Debtor   Dr. S. Dayyani OD, APOC _____   Case number *(if known)*_____
         <sub>Name</sub>

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City       State      ZIP Code | Case number | Street |
| | _____ | City       State      ZIP Code |
| | Date of order or assignment | |
| | _____ | |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City       State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City       State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

| Debtor | Dr. S. Dayyani OD, APOC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McBride Law, PC | | | $ 28,000.00 |
| | **Address** | | | |
| | 700 S. Flower St | | | |
| | Street | | | |
| | Suite 1000 | | | |
| | Los Angeles CA, 90017 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | https://mcbride-law.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |

Debtor    Dr. S. Dayyani OD, APOC _____    Case number *(if known)* _____
       Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City         State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City         State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City              State    ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City              State    ZIP Code | |

Debtor    Dr. S. Dayyani OD, APOC
_____    Case number (if known)_____
Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Dr. Dayyani Eye Care Optometry<br>Facility name | optometry services and hardware | |
| | 322 Wilshire Blvd<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | Santa Monica, CA 90401<br>City    State    ZIP Code | | *Check all that apply:*<br>☑ Electronically<br>☑ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | <br>Facility name | | |
| | <br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | <br>City    State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16.** Does the debtor collect and retain personally identifiable information of customers?

☐ No.
☑ Yes. State the nature of the information collected and retained.  medical information, dob

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| See, Attachment 3: Pension Plans | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☑ No
☐ Yes

Debtor      Dr. S. Dayyani OD, APOC
            _____      Case number *(if known)*_____
            Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | m_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor     Dr. S. Dayyani OD, APOC
_____     Case number *(if known)*_____
                Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City          State          ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | | ☐ Concluded |
| | _____ City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ Name | _____ | |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Dr. S. Dayyani OD, APOC
_____    Case number *(if known)*_____
        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City        State        ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City        State        ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City        State        ZIP Code | | |

---

| Debtor | Dr. S. Dayyani OD, APOC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Mansour Poursaleh CPA | From _____ To _____ |
| Name | |
| 30423 Canwood Street | |
| Street | |
| Suite 213 | |
| Agoura Hills CA 91301 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Mansour Poursaleh CPA | _____ |
| Name | |
| 30423 Canwood Street | _____ |
| Street | |
| Suite 213 | _____ |
| Agoura Hills CA 91301 | |
| City          State          ZIP Code | |

---

Debtor    <u>Dr. S. Dayyani OD, APOC</u>                                   Case number *(if known)*_____
         <sub>Name</sub>

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code |

| Name and address |
|---|
| 26d.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code |

Debtor    Dr. S. Dayyani OD, APOC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shahrokh Dayyani | 4718 3/4 Admiralty Wy Marina del Rey | owner's equity | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| City _____ State ____ ZIP Code ____ | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**   Dr. S. Dayyani, OD, a Professional Optometric
Corp.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____25,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $_____25,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

Adversary proceeding representation in related matters currently pending in other courts, to be removed and referred to this Court:

--Aetna v. Dayyani et al., Case No. BC 705935, pending in California Superior Court in and for the County of Los Angeles (the "State Case"); and

--Debtor's interest in Stanton et al. v. Aetna, Case No. 2:18-cv-8937-CJC-AFM, pending in the United States District Court, Central District of California (the "Federal Case").

NOTE: In addition to legal fees, Debtor also advanced $3,000 to McBride Law, PC prior to filing for the following costs: filing fee ($1717), reimbursement for IT cloud services ($1,283)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Standard and customary costs associated with Chapter 11 proceeding and adversary proceeding paid to third-parties (court filing fees, document management fees, deposition costs and fees, etc.)

Legal fees for litigation of adversary proceedings beyond the 6-month period after filing the Chapter 11 proceeding to be re-negotiated between the parties in an amount fair and reasonable to both, subject to Court approval at that time.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated 11/12/2020        /s/ Kevin McBride
                           *Signature of Attorney*

                         McBRIDE LAW, PC
                           *Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Dr. S. Dayyani, OD, a Professional Optometric Corp.<br><br><br>Debtor(s). | CASE NUMBER:<br><br>**DEBTOR'S REQUEST TO <u>ACTIVATE</u><br>ELECTRONIC NOTICING (DeBN)** |
|---|---|

Debtor Electronic Bankruptcy Noticing (DeBN) is a voluntary program that enables a debtor to receive by email the orders and court-generated notices normally sent by U.S. mail to a mailing address. **A debtor must complete and file this form with the court to activate a DeBN account. Joint debtors must each complete and file a separate form.**

| ACTIVATION REQUEST |
|---|
| ☒ Pursuant to Federal Rule of Bankruptcy Procedure 9036, I request that the court deliver orders and court-generated notices to my email address rather than by U.S. mail to my mailing address. |

| DEBTOR'S NAME AND EMAIL ADDRESS |
|---|

**My name is:** Shahrokh Dayyani

| **My email address is:**<br>(*CAPITAL letters only*) | D | A | Y | Y | A | N | I | @ | A | T | T | . | N | E | T | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Confirm email address:**<br>(*CAPITAL letters only*) | D | A | Y | Y | A | N | I | @ | A | T | T | . | N | E | T | | | | | | |

*Select one*:

☐ I am the Debtor in this bankruptcy case.

☒ The Debtor in this bankruptcy case is a corporation, partnership, or other legal entity, and I am the authorized representative.

| DEBTOR'S SIGNATURE |
|---|

1. I understand that **my request is limited** to the email delivery of only orders and court-generated notices that are filed by the U.S. Bankruptcy Court. Documents filed by a bankruptcy trustee, creditors, and other parties that require service upon me must continue to be served by U.S. mail or in person as required by court rules.

2. I understand that by requesting email notification, the court may establish my DeBN account and deliver to me, by email, documents filed by the court **in any current or future case** from any bankruptcy court in which I am listed with the same name and mailing address, including cases in which I am a creditor, plaintiff or defendant.

3. I understand that I will be assigned a DeBN account number and **my DeBN account will be activated** after I complete, sign, and file this "*Debtor's Request to Activate Electronic Noticing (DeBN)*" form.

4. I understand that emails sent by the court's noticing center may arrive in my email spam folder and I should regularly check it for electronic delivery of my orders and court-generated notices. I understand further that my DeBN account will be deactivated by the court if an email is returned undelivered or "bounces back," and the court **will instead serve orders and court-generated notices delivered by U.S. mail to my mailing address**.

*I have read and understand the requirements set forth above and I agree to the terms and conditions of the Debtor Electronic Bankruptcy Noticing (DeBN) program.* ***I request delivery of orders and court-generated notices to my email address indicated above rather than to my mailing address.***

Date: 11/14/2022          Signature: _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2018*                                                                                 **F 9036-1.1.DeBN.ACTIVATE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin McBride (SBN 116852)<br>McBRIDE LAW, PC<br>700 South Flower Street<br>Suite 1000<br>Los Angeles, CA  90017<br>tel: (213) 600-6077<br>fax: (213) 600-6005<br>km@mcbride-law.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Dr. S. Dayyani, OD, a Professional Optometric Corp. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _11/14/2020_

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

**ATTACHMENT 1**

**PENDING LITIGATION**

**In re: Dr. S. Dayyani, OD, a Professional Optometric Corp.**

**This Attachment 1 supplements Schedules A/B and E/F, as follows**:

1. Schedule A/B, Part 11: No. 74, Cause of action by Debtor against AETNA LIFE & CASUALTY (BERMUDA) LTD in the following pending matter:

   - *STANTON, ET AL. V. AETNA LIFE & CASUALTY (BERMUDA) LTD.*
   - Case No. 2:18-cv-8937 (CJC)
   - Pending: US District Court, Central District of California, Honorable Cormac J Carney, presiding (hereinafter, the "Aetna Federal Case")

2. Schedule E/F: Part 2: No. 3.4, claim by *AETNA LIFE & CASUALTY (BERMUDA) LTD.*, et al. against Debtor in the following pending matter:

   - PEOPLE OF THE STATE OF CALIFORNIA*, ex rel AETNA HEALTH OF CALIFORNIA; AETNA HEALTH MANAGEMENT INC.; AETNA LIFE INSURANCE COMPANY; and AETNA LIFE AND CASUALTY (BERMUDA) LTD v. DR. SHAHROKH DA YY ANI; DR. DAYYANI EYE CARE; DR. S. DAYYANI A PROFESSIONAL CORP*
   - Case No. BC705935
   - Pending: California Superior Court, County of Los Angeles, Stanley Mosk Courthouse; Honorable Mark V. Mooney, presiding (hereinafter, the "Aetna State Case")
   - NOTE: Aetna filed this matter as a *qui tam* proceeding, *ex rel* the People of the State of California.  The State of California elected to not join the case.  So the case caption is merely an artifact of Aetna's original *qui tam* filing.  The State of California is not a party to the Aetna State Case.

**Discussion**

Debtor is currently involved in two related litigation matters against Aetna Insurance Company. The two cases are identified above, described as the "Aetna Federal Case" and the "Aetna State Case."  Pursuant to FRBP Rule 9027, Debtor will timely remove the Aetna State Case to this Court, to be prosecuted in an associated adversary proceeding.  Debtor will further request that Central District Judge Carmac J Carney refer the Aetna Federal Case to this Court, to be joined in the same adversary proceeding.  Joinder is necessary and proper, as the two cases arise from the identical set of facts.

In the Aetna Federal Case, Debtor seeks payment from Aetna for insurance claims submitted for payment, but not paid.  In the Aetna State Case, Aetna alleges fraudulent billing practices and fraudulent billing statements, with respect to the very insurance claims at issue in the Aetna Federal Case.  Therefore, resolution of the Aetna Federal Case (seeking payment from Aetna) cannot be accomplished without also resolving the Aetna State Case (addressing Aetna's fraud claims).  Hence the Aetna State Case and Aetna Federal Case are inextricably intertwined.  Further, resolution of both cases is a predicate to any determination of dischargeability of Debtor in this Chapter 11 proceeding under Bankruptcy Code §523.

### Jurisdiction

This Court has "arising under" jurisdiction as to Aetna's fraud claims against Debtor in the Aetna State Case, in that claims of fraud directly implicate dischargeability of Debtor under Bankruptcy Code §523.  *Sasson v. Sokoloff (In re Sasson)*, 424 F.3d 864, 868 (9th Cir. 2005) ("the bankruptcy court clearly has the power under the Bankruptcy Code to determine whether a debt is nondischargeable, to determine the remaining issues, render judgment, and make all orders necessary for the enforcement thereof.")

This Court also has "related to" jurisdiction as to Aetna's fraud allegations against Debtor's President, Shahrokh Dayyani—even though Dr. Dayyani is not a party to the Chapter 11 proceeding. Supplemental jurisdiction under 28 USC §1367(a), applicable in adversary proceedings, extends to claims: "that involve the joinder or intervention of additional parties." The allegations against Debtor and Dr. Dayyani as joint defendants in the Aetna State Case are identical, and therefore inextricably related to dischargeability issues that arise in the Chapter 11 proceeding. See, *Sasson v. Sokoloff (In re Sasson)*, *supra*, 424 F.3d at 869  ("The bankruptcy court's 'related to' jurisdiction is very broad, 'including nearly every matter directly or indirectly related to the bankruptcy.' *Mann v. Alexander Dawson (In re Mann)*, 907 F.2d 923, 926 n.4 (9th Cir. 1990)").  The required jurisdictional nexus therefore exists for this Court's exercise of "related to" jurisdiction.

Finally, on referral of the Aetna Federal Case to this Court, the District Court's *in personam* jurisdiction over Dr. Dayyani will continue in the adversary proceeding before this Court.  This Court will then have complete jurisdiction, *in personam* and subject matter, necessary for full and final resolution of any issue arising under Bankruptcy Code §523, together with full resolution of the parties' respective claims in the Aetna State Cases and Aetna Federal

Case, which will be combined into a single adversary proceeding, subject only to the requirements of 28 USC §1334.

This is the most expeditious way, with the greatest efficiency of judicial resources, to resolve all issues for and against Debtor, including questions of dischargeability.  And as a practical matter, joinder of the litigation claims in an associated adversary proceeding is the only way Debtor can financially afford to see these matters to a full and complete determination on the merits.

### Merits

Just recently, on November 3, 2020, Debtor's counsel in the Aetna State Case was able to depose Aetna's designated "Person Most Knowledgeable" concerning the alleged fraud claims against Debtor.  The Aetna deponent provided testimony that directly contradicts Aetna's fraud claims.   Debtor must, and will, defend this matter to its conclusion.  But it appears that Aetna and/or its counsel in the Aetna State Case failed to adequately investigate the alleged fraud claims prior to filing.  This failure has required Debtor to expend significant attorneys' fees and costs to defend claims that—it now appears—were not supported by Aetna's own information.

**ATTACHMENT NO. 2**

**OTHER CONTINGENT CLAIMS**

**In re: Dr. S. Dayyani, OD, a Professional Optometric Corp.**

**Supplement to Schedule A/B, Part 11: No. 75:**

Contingent claims against the following:

1. Against United Healthcare ("UHC") in the approximate amount of $150,000 for failure to pay insurance claims submitted by Debtor for services provided by Debtor to insureds of United Health Care; and for violation of 28 CCR § 1300.71, California's Claims Settlement Practices regulation.

2. Against Hartford in the approximate amount of $156,600 for reimbursement of Debtor's legal fees, costs and expenses incurred to date in defense of claims by Aetna against Debtor in AETNA HEALTH OF CALIFORNIA; AETNA HEALTH MANAGEMENT INC.; AETNA LIFE INSURANCE COMPANY; and AETNA LIFE AND CASUALTY (BERMUDA) LTD v. DR. SHAHROKH DA YY ANI; DR. DAYYANI EYE CARE; DR. S. DAYYANI A PROFESSIONAL CORP, Case No. BC705935 ( the "Aetna State Case"); together with ongoing legal fees, costs and expenses to be incurred in defending Debtor in the Aetna State Case upon removal of that action to this Court.

3. Against Hartford in the approximate amount of $156,600 for reimbursement under Commercial General Liability insurance policy of Debtor's legal fees, costs and expenses incurred to date in defense of claims by Aetna against Debtor in AETNA HEALTH OF CALIFORNIA; AETNA HEALTH MANAGEMENT INC.; AETNA LIFE INSURANCE COMPANY; and AETNA LIFE AND CASUALTY (BERMUDA) LTD v. DR. SHAHROKH DA YY ANI; DR. DAYYANI EYE CARE; DR. S. DAYYANI A PROFESSIONAL CORP, Case No. BC705935 ( the "Aetna State Case"); together with ongoing legal fees, costs and expenses to be incurred in defending Debtor in the Aetna State Case upon removal of that action to this Court.

4. Against Great Divide Insurance Company, in the approximate amount of $156,600 for reimbursement under Optometrist Professional Liability insurance policy insurance policy, of Debtor's legal fees, costs and expenses incurred to date in defense of claims by Aetna against Debtor in AETNA HEALTH OF CALIFORNIA; AETNA HEALTH MANAGEMENT INC.; AETNA LIFE INSURANCE COMPANY; and AETNA LIFE AND CASUALTY (BERMUDA) LTD v. DR. SHAHROKH DA YY ANI; DR. DAYYANI EYE CARE; DR. S. DAYYANI A PROFESSIONAL CORP, Case No. BC705935 ( the "Aetna State Case"); together with ongoing legal fees, costs and expenses to be incurred in defending Debtor in the Aetna State Case upon removal of that action to this Court.

   NOTE: as to items No. 3 and 4, above, Debtor seeks only a single recovery of reimbursement against Hartford (No. 3, above) and/or Great Divide (No. 4, above).

**ATTACHMENT 3**

**PENSION PLANS**


**In re: Dr. S. Dayyani, OD, a Professional Optometric Corp.**

**The following information Supplements Official Form 207, Part 13: No. 32**:


• DR. S DAYYANI OD A PROFESSIONAL OPTOMETRIC CORP. 401(K) PROFIT SHARING PLAN

• DR. S DAYYANI OD A PROFESSIONAL OPTOMETRIC CORP. DEFINED BENEFIT PENSION PLAN


Form 5500 filings for both pension plans have been regularly filed by Debtor's CPA, apparently under the Debtor's corporate EIN: 95-4536102.  Debtor will supplement the correct EIN for each pension plan, when available.

**ATTACHMENT 4**

**FINANCIAL STATEMENTS**

**In re: Dr. S. Dayyani, OD, a Professional Optometric Corp.**

4.1. Balance Sheet (see attached)

4.2. Operating Statement (see attached)

4.3. Cash Flow Statement (see attached)

4.4. Federal Income Tax Return (see attached)

4:48 PM

11/12/20

**Accrual Basis**

**DR. S. DAYYANI, O.D., A PROFESSIONAL OPTOMETRIC CORP.**

## Summary Balance Sheet

**As of November 12, 2020**

ATTACHMENT 4.1

|  | Nov 12, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 12,804.70 |
| Other Current Assets | 30,000.00 |
| **Total Current Assets** | 42,804.70 |
| **Fixed Assets** | 49,753.00 |
| **Other Assets** | 8,828.15 |
| **TOTAL ASSETS** | **101,385.85** |
| **LIABILITIES & EQUITY** | |
| Liabilities | 332,550.07 |
| Equity | (231,164.22) |
| **TOTAL LIABILITIES & EQUITY** | **101,385.85** |

1:15 PM

11/12/20

Accrual Basis

**DR. S. DAYYANI, O.D., A PROFESSIONAL OPTOMETRIC CORP.**

## Profit & Loss

**January 1 through November 11, 2020**

ATTACHMENT 4.2

|  | Jan 1 - Nov 11, 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Patient Fees** | |
| **Care Credit** | (340.00) |
| **Fees- Checks & Cash** | 135.00 |
| **Fees-Credit Cards** | |
| **Visa/MC** | 294,060.54 |
| **Total Fees-Credit Cards** | 294,060.54 |
| **Fees-Insurance** | 29,203.47 |
| **Patient Fees - Other** | 39,817.29 |
| **Total Patient Fees** | 362,876.30 |
| **Total Income** | 362,876.30 |
| **Cost of Goods Sold** | 188,516.07 |
| **Gross Profit** | 174,360.23 |
| **Expense** | 222,403.58 |
| **Net Ordinary Income** | (48,043.35) |
| **Other Income/Expense** | |
| **Other Income** | |
| **Interest Income** | 4.05 |
| **Total Other Income** | 4.05 |
| **Net Other Income** | 4.05 |
| **Net Income** | **(48,039.30)** |

1:14 PM

11/12/20

**DR. S. DAYYANI, O.D., A PROFESSIONAL OPTOMETRIC CORP.**
## Statement of Cash Flows
**January 1 through November 11, 2020**          <span style="color:red">ATTACHMENT 4.3</span>

|  | Jan 1 - Nov 11, 20 |
| --- | ---: |
| **OPERATING ACTIVITIES** | |
| Net Income | (48,039.30) |
| **Net cash provided by Operating Activities** | (48,039.30) |
| **INVESTING ACTIVITIES** | |
| Laboratory Equipment | (500.00) |
| **Net cash provided by Investing Activities** | (500.00) |
| **FINANCING ACTIVITIES** | |
| Loan Payble-Shareholder | 64,000.00 |
| Loan Payble-Shareholder:Mercedes Lease:Lease Inclusion Amount | (75,921.04) |
| **Net cash provided by Financing Activities** | (11,921.04) |
| **Net cash increase for period** | (60,460.34) |
| **Cash at beginning of period** | 73,265.04 |
| **Cash at end of period** | **12,804.70** |

| Form **1120-S** | | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| | | | ▶ Do **not** file this form unless the corporation has filed or | | |
| Department of the Treasury<br>Internal Revenue Service | | | is attaching Form 2553 to elect to be an S corporation. ATTACHMENT 4.4 | | **2019** |
| | | | ▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | |

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 _____

| **A** S election effective date | **TYPE** | Name | **% A PROFESSIONAL OPTEMTRIC CORP**<br>**DR S DAYYANI OD** | **D** Employer identification number |
|---|---|---|---|---|
| **07-05-1995** | | | | **95-4536102** |
| **B** Business activity code number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. | **4718 3/4 ADMIRALTY WAY** | **E** Date incorporated<br>**07-05-1995** |
| **621320** | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code | **Marina del Rey        CA     90292** | **F** Total assets (see instructions)<br>**$             320,546** |

**C** Check if Sch. M-3 attached ☐

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . ▶ **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1 a** | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . | **1a** | **594,575** | |
| | **b** | Returns and allowances . . . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | **1c** | | **594,575** |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | **2** | | **301,261** |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | **3** | | **293,314** |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . | **4** | | |
| | **5** | Other income (loss) (see instructions - attach statement) . . . . . . . . . . . . . | **5** | | |
| | **6** | **Total income (loss)**. Add lines 3 through 5 . . . . . . . . . . . . . . . . ▶ | **6** | | **293,314** |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . | **7** | | |
| | **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . | **8** | | |
| | **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | **9** | | **13,406** |
| | **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | |
| | **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | | **123,773** |
| | **12** | Taxes and licenses . . . . . . . . . . . . . . . . . **Wks. Tax/Lic.** . . | **12** | | **4,920** |
| | **13** | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . | **13** | | **507** |
| | **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | **14** | | **19,089** |
| | **15** | Depletion (**Do not** deduct oil and gas depletion.) . . . . . . . . . . . . . . . | **15** | | |
| | **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | **33,490** |
| | **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . | **17** | | |
| | **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . | **18** | | |
| | **19** | Other deductions (attach statement) . . . . . . . . . . . . . . **Statement #2** . . | **19** | | **199,271** |
| | **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . ▶ | **20** | | **394,456** |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . | **21** | | **(101,142)** |
| **Tax and Payments** | **22 a** | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . | | **22c** | |
| | **23 a** | 2019 estimated tax payments and 2018 overpayment credited to 2019 . . . . . . | **23a** | | |
| | **b** | Tax deposited with Form 7004 . . . . . . . . . . . . . . . | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . | **23c** | | |
| | **d** | Reserved for future use . . . . . . . . . . . . . . . . | **23d** | | |
| | **e** | Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . | | **23e** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ▶ ☐ | | **24** | |
| | **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . . . | | **25** | |
| | **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . . . | | **26** | |
| | **27** | Enter amount from line 26: Credited to 2020 estimated tax ▶ _____ **Refunded** ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

| **SHAHROKH DAYYANI** | | **PRESIDENT** |
|---|---|---|
| Signature of officer | Date | Title |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| **MANSOUR POURSALEH** | | **09-12-2020** | | **P01504105** |
| Firm's name ▶ **MANSOUR POURSALEH CPA** | | | Firm's EIN ▶ | |
| Firm's address ▶ **30423 CANWOOD ST SUITE 213** | | | Phone no. | |
| **Agoura Hills CA 91301** | | | | **(818) 881-6547** |

For Paperwork Reduction Act Notice, see separate instructions.    Form **1120-S** (2019)

EEA

Form 1120-S (2019)      DR S DAYYANI OD      95-4536102      Page **2**

| **Schedule B** | **Other Information** (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:   **a** ☐ Cash   **b** ☒ Accrual | | |
| | **c** ☐ Other (specify) ▶ _____ | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity ▶ **OPTOMETRIST** _____   **b** Product or service ▶ **OPTOMETRY SERVICES** | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . . | | X |
| **4** | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5 a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)**   Total shares of restricted stock  . . . . . . . . . . . . . . . . ▶ _____ | | |
| | **(ii)**   Total shares of non-restricted stock  . . . . . . . . . . . . . ▶ _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)**   Total shares of stock outstanding at the end of the tax year . . . . . . . ▶ _____ | | |
| | **(ii)**   Total shares of stock outstanding if all instruments were executed  . . . . ▶ _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and** **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . ▶ $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions  . . . . . . . . . . . . . . . . . . . | | X |
| **a** | The corporation owns a pass-through entity with current , or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

EEA

Form **1120-S** (2019)

Form 1120S (2019)  DR S DAYYANI OD                                   95-4536102          Page **3**

| Schedule B | Other Information (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the | | | | |
| | terms modified so as to reduce the principal amount of the debt? | | | | x |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . ▶ $ | | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . | | | | x |
| 14 a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . | | | | x |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . . . . . | | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . | | | | x |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . . . . . . . ▶ $ | | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | | | Total amount |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . | | | 1 | (101,142) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . | | | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . | 3a | | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | | | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 4 | 87 |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . | | | 5a | |
| | | b Qualified dividends . . . . . . . . | 5b | | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . | | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . | | | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . | | | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type ▶ | | | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . | | | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . **Statement #9** . . . . | | | 12a | 2,450 |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . | | | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ | | (2) Amount ▶ | | 12c(2) | |
| | d | Other deductions (see instructions) . . . . . Type ▶ | | | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . | | | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . | | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . | | | 13c | |
| | d | Other rental real estate credits (see instructions) . . . Type ▶ | | | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . Type ▶ | | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . | | | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . Type ▶ | | | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . . . . . . | | | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . . | | | 14c | |
| | | Foreign gross income sourced at corporate level | | | | |
| | d | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | | | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . . . . . . | | | 14e | |
| | f | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | | | 14f | |
| | g | General category . . . . . . . . . . . . . . . . . . . . . . . . | | | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . . . . . . . | | | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | | |
| | k | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | | | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . . . . . . | | | 14l | |
| | m | Passive category . . . . . . . . . . . . . . . . . . . . . . . . | | | 14m | |
| | n | General category . . . . . . . . . . . . . . . . . . . . . . . . | | | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | 14o | |
| | | Other information | | | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued . . . . . . . . . . ▶ | | | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . . . . | | | 14q | |
| | r | Other foreign tax information (attach statement) | | | | |

EEA                                                                          Form **1120-S** (2019)

Form 1120-S (2019)   DR S DAYYANI OD                                95-4536102        Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

**Alternative Minimum Tax (AMT) Items**

| | | | |
|---|---|---|---|
| 15a | Post-1986 depreciation adjustment | 15a | |
| b | Adjusted gain or loss | 15b | |
| c | Depletion (other than oil and gas) | 15c | |
| d | Oil, gas, and geothermal properties - gross income | 15d | |
| e | Oil, gas, and geothermal properties - deductions | 15e | |
| f | Other AMT items (attach statement) | 15f | |

**Items Affecting Shareholder Basis**

| | | | |
|---|---|---|---|
| 16a | Tax-exempt interest income | 16a | |
| b | Other tax-exempt income | 16b | |
| c | Nondeductible expenses . . . . . . . . . . Statement #16c. . . | 16c | 880 |
| d | Distributions (attach statement if required) (see instructions) | 16d | 43,404 |
| e | Repayment of loans from shareholders | 16e | |

**Other Information**

| | | | |
|---|---|---|---|
| 17 a | Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17a | 87 |
| b | Investment expenses | 17b | |
| c | Dividend distributions paid from accumulated earnings and profits . . . . . | 17c | |
| d | Other items and amounts (attach statement) | | |

**Reconciliation**

| | | | |
|---|---|---|---|
| 18 | **Income (loss) reconciliation. Combine** the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p . . . . . . . | 18 | (103,505) |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . . . | | 413,307 | | 36,672 |
| 2a | Trade notes and accounts receivable . . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . . | | 73,266 | | 63,800 |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | | | | |
| 7 | Loans to shareholders . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | 749,539 | | 863,000 | |
| b | Less accumulated depreciation . . . . . . . . | ( 629,842 ) | 119,697 | ( 648,931 ) | 214,069 |
| 11a | Depletable assets . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . . | 10,000 | | 10,000 | |
| b | Less accumulated amortization . . . . . . . . | ( 6,948 ) | 3,052 | ( 7,615 ) | 2,385 |
| 14 | Other assets (attach statement) . . . | Statement #21 | 3,620 | Statement #21 | 3,620 |
| 15 | Total assets . . . . . . . . . . . . . . . | | 612,942 | | 320,546 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . | | 322,583 | | 301,923 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . . | Statement #22 | 20,000 | Statement #22 | 0 |
| 19 | Loans from shareholders . . . . . . . . . . | | 103,947 | | 0 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital . . . . . . . . . . | | 10,370 | | 10,370 |
| 24 | Retained earnings . . . . . . . . . . . . | | 155,042 | | 7,253 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity . . . . . . . | | 612,942 | | 320,546 |

Form 1120-S (2019)   DR S DAYYANI OD     95-4536102     Page **5**

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . . . . | (104,385) | **5** | Income recorded on books his year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2,  3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest  $ _____ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p , not charged against book income this year (itemize): | |
| **a** | Depreciation  $ _____ | | **a** | Depreciation  $ _____ | |
| **b** | Travel and entertainment  $ _____ 880 | | | | |
| | | 880 | **7** | Add lines 5 and 6  . . . . . . . . . . . . | |
| **4** | Add lines 1 through 3  . . . . . . . . . . | (103,505) | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | (103,505) |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|
| **1** Balance at beginning of tax year  . . . . . . . . . . | 155,742 | | | |
| **2** Ordinary income from page 1, line 21  . . . . . . . . | | | | |
| **3** Other additions  . . . . . **Statement #29** . . . . | 87 | | | |
| **4** Loss from page 1, line 21  . . . . . . . . . . . . . | ( 101,142 ) | | | |
| **5** Other reductions  . . . **Statement #30** . . . . | ( 3,330 ) | | | ( ) |
| **6** Combine lines 1 through 5  . . . . . . . . . . . . | 51,357 | | | |
| **7** Distributions  . . . . . . . . . . . . . . . . . . | 43,404 | | | |
| **8** Balance at end of tax year. Subtract line 7 from line 6  . . . . . . . . . . . . . . . . . . . . . | 7,953 | | | |

EEA

Form **1120-S** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

Name

DR S DAYYANI OD

Employer identification number

95-4536102

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 73,266 |
| 2 | Purchases | 2 | 290,315 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . Statement #5. | 5 | 1,480 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 365,061 |
| 7 | Inventory at end of year | 7 | 63,800 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 301,261 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* [x] Cost

    *(ii)* [ ] Lower of cost or market

    *(iii)* [ ] Other (Specify method used and attach explanation.)  ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . [ ] Yes  [x] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [x] No

671119

**Schedule K-1**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning _____ 2019 _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.**   ▶ See page 2 of form and separate instructions.

| Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Part III**   **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| Box | Description | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | (101,142) | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 87 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |

**Part I**   **Information About the Corporation**

**A**   Corporation's employer identification number
95-4536102

**B**   Corporation's name, address, city, state, and Z P code
DR S DAYYANI OD

% A PROFESSIONAL OPTEMTRIC CORP
4718 3/4 ADMIRALTY WAY

Marina del Rey        CA 90292

**C**   IRS Center where corporation filed return
E-FILE

**Part II**   **Information About the Shareholder**

**D**   Shareholder's identifying number
███████

**E**   Shareholder's name, address, city, state, and ZIP code
SHAHROKH DAYYANI

622 21ST STREET
Santa Monica        CA 90402

**F**   Shareholder's percentage of stock
ownership for tax year   . . . . . . . . . .   100.00000 %

| Box | Description | | |
|---|---|---|---|
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C* | STMT |
| 12 | Other deductions | | |
| A | 2,450 | D | 43,404 |
| | | 17 | Other information |
| | | A | 87 |
| | | V* | STMT |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

For IRS Use Only

| **Schedule K-1 Supplemental Information** | **2019** |
|---|---|

Shareholder's name

SHAHROKH DAYYANI

Shareholder's ID Number

Name of S Corporation

DR S DAYYANI OD

S Corporation's EIN

95-4536102

### Form 1120S Schedule K-1 - Line 16

| Code | Description | Amount |
|---|---|---|
| C | Other Nondeductible Expenses | 880 |
| | Meals | 880 |
| | **Total** | **880** |

1120SK_1.LD2

## Schedule K-1 Distribution Information | 2019

Shareholder's name

SHAHROKH DAYYANI

Shareholder's ID Number

Name of S Corporation

DR S DAYYANI OD

S Corporation's EIN

95-4536102

| Date of Distribution | Total Amount of Distribution | Ownership % at Date of Distribution | Shares | Shareholder's Pro Rata Share of Distribution |
|---|---|---|---|---|
| 12-31-2019 | 43,404 | 100.00 | 1000.00000 | 43,404 |
| **Total** | | | | **43,404** |

1120SK_1.LD2

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6

Schedule K-1, Line 17, Code V

**2019**

| Name(s) as shown on return | | Tax ID Number |
|---|---|---|
| DR S DAYYANI OD | | 95-4536102 |

| Name(s) as shown on K1 | | Tax ID Number |
|---|---|---|
| SHAHROKH DAYYANI | | ▆▆▆▆▆▆▆ |

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | DR S DAYYANI OD | 95-4536102 | | | Yes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. _1_ | NO. __ | NO. __ | NO. __ | NO. __ | NO. __ | NO. __ |
|---|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (101,142) | | | | | | |
| Rental Income (Loss) | | | | | | | |
| Royalty Income (Loss) | | | | | | | |
| Section 1231 Gain (Loss) | | | | | | | |
| Other Income (Loss) | | | | | | | |
| Section 179 | | | | | | | |
| Charitable Contributions | 2,450 | | | | | | |
| Other Deductions | | | | | | | |
| W-2 Wages | | | | | | | |
| Unadjusted Basis Immediately After Acqusition | 493,040 | | | | | | |
| Section 199A Dividends | | | | | | | |

K1 QBIS-LD

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| DR S DAYYANI OD | 95-4536102 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** SHAHROKH DAYYANI | ▓▓▓▓▓▓ | 100 % | 100 % | 0 % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . | **4** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

EEA

**CORPORATE RESOLUTION**

CERTIFICATE OF RESOLUTION

OF THE BOARD OF DIRECTORS

DR. S. DAYYANI, OD, A PROFESSIONAL OPTOMETRIC CORPORATION

Shahrokh Dayyani, as the sole director of Dr. S. Dayyani OD, a Professional Optometric Corporation (the "Corporation"), located at 322 Wilshire Blvd., Santa Monica, CA 90401, hereby certifies that, in accordance with the authority vested in the Board of Directors of the Corporation, at a meeting of the Board of Directors convened on November 1, 2020, the Board of Directors of the Corporation adopted the following Resolution:

RESOLVED, that the Corporation is authorized to employ the law firm of McBride Law, PC of Los Angeles, California, as its general restructuring and bankruptcy counsel including to file a bankruptcy petition on behalf of the Corporation and represent the Corporation in a bankruptcy case or other insolvency proceeding and associated adversary proceeding.

Executed as of November 1, 2020 at Santa Monica, California.

DR. S. DAYYANI, OD, A PROFESSIONAL OPTOMETRIC CORPORATION, a Calif. Professional Corporation

By: _____

SHAHROKH DAYYANI
Director and Chairman of the Board

General Real Estate Management
2452 Wilshire Blvd
Santa Monica, CA  90403


ABB Optical
 PO BOX 742779
Los Angeles CA 90074


Maui Jim USA Inc.
PO BOX 203861
Dallas TX 75320


Baker Keener Nahra LLP
Attn Phillip Baker
633 West Fifth St Suite 5500
Los Angeles, CA 90071


Shahrokh Dayyani
4718 3/4 Admiralty Way
Marina del Rey, CA  90292


Mykita
80 Main Street Suite #200
West Orange NJ 07052


Safilo
300 Lighting Way #400
Seacaucus, NJ 07094


Expert 421 Inc.
500 N. State College Blvd
Ste 1100-424
Orange, CA 92868

Marcolin USA Eyewear
3140 Route 22 West
Somerville, NJ 08876


Southern California Edison
PO BOX 300
Rosemead, CA 91772


Aetna
PO BOX 14079
Lexington KY 40512-4079


United Health Care Services
PO BOX 740800
Atlanta, GA 30374-0800


Spectrum Business
PO BOX 60074
City of Industry, CA 91716


Abba
251 E Imperial Hwy S 430
Fullerton, CA 92835


De RIGO Rem
10941 La Tuna Canyon Rd
Sun Valley, CA 91352


Mansour Poursaleh CPA
30423 Canwood St Ste 213
Aguora Hills, CA 91301

Uline
PO Box 88741
Chicago, IL  60680-1741

Italee Optics Inc
2641 West Olympic Blvd.
Los Angeles, CA  90006

US Optical
6848 Ellicot Drive East
Syracuse, NY 13057

Gordon Rees Scully Mansukhani LLP
Attn Courtney C Hill
633 West 5th Street Suite 5200
Los Angeles, CA  90071

Kennaday Leavitt PC
Attn Curtis S Leavitt
621 Capital Mall Suite 2500
Sacramento, CA 95814

Greenberg Traurig LLP
Attn Jon T Neumann
2375 East Camelback Rd Suite 700
Phoenix, AZ  85016

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

700 South Flower Street, Suite 1000
Los Angeles, CA  90017

A true and correct copy of the foregoing document entitled (*specify*):

- **Voluntary Petition for Non-Individuals Filing for Bankruptcy**
- **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**
- **Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**
- **Statement of Related Cases**
- **Summary of Assets and Liabilities for Non-Individuals**
- **Schedule A/B: Assets**
- **Schedule D: Creditors Who Have Claims Secured by Property**
- **Schedule E/F: Creditors Who Have Unsecured Claims**
- **Schedule G: Executory Contracts and Unexpired Leases**
- **Schedule H: Codebtors**
- **Declaration Under Penalty of Perjury for Non-Individual Debtors**
- **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
- **Verification of Master Mailing List of Creditors**
- **Disclosure of Compensation of Attorney for Debtor**
- **Attachment 1: Pending Litigation**
- **Attachment 2: Other Contingent Claims**
- **Attachment 3: Pension Plans**
- **Attachment 4: Financial Statements**
- **Attachment 5: Corporate Authorization**
- **Master Mailing List**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On Sept. 25, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2.  SERVED BY UNITED STATES MAIL**:
On (*November 16, 2020*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X Service information continued on attached page**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) Sept. 25, 2020, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 16, 2020    Kevin McBride                          /s/ Kevin McBride
*Date*                    *Printed Name*                              *Signature*

**ADDITONAL SERVICE INFORMATION**

**2.**              **SERVED BY UNITED STATES MAIL**

General Real Estate Management
2452 Wilshire Blvd
Santa Monica, CA  90403

ABB Optical
 PO BOX 742779
Los Angeles CA 90074

Maui Jim USA Inc.
PO BOX 203861
Dallas TX 75320

Baker Keener Nahra LLP
Attn Phillip Baker
633 West Fifth St Suite 5500
Los Angeles, CA 90071

Shahrokh Dayyani
4718 3/4 Admiralty Way
Marina del Rey, CA  90292

Mykita
80 Main Street Suite #200
West Orange NJ 07052

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

Safilo
300 Lighting Way #400
Seacaucus, NJ 07094

Expert 421 Inc.
500 N. State College Blvd
Ste 1100-424
Orange, CA 92868

Marcolin USA Eyewear
3140 Route 22 West
Somerville, NJ 08876

Southern California Edison
PO BOX 300
Rosemead, CA 91772

Aetna
PO BOX 14079
Lexington KY 40512-4079

United Health Care Services
PO BOX 740800
Atlanta, GA 30374-0800

Spectrum Business
PO BOX 60074
City of Industry, CA 91716

Abba
251 E Imperial Hwy S 430
Fullerton, CA 92835

De RIGO Rem
10941 La Tuna Canyon Rd
Sun Valley, CA 91352

Mansour Poursaleh CPA
30423 Canwood St Ste 213
Aguora Hills, CA 91301

Uline
PO Box 88741
Chicago, IL  60680-1741

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Italee Optics Inc
2641 West Olympic Blvd.
Los Angeles, CA  90006

US Optical
6848 Ellicot Drive East
Syracuse, NY 13057

Gordon Rees Scully Mansukhani LLP
Attn Courtney C Hill
633 West 5th Street Suite 5200
Los Angeles, CA  90071

Kennaday Leavitt PC
Attn Curtis S Leavitt
621 Capital Mall Suite 2500
Sacramento, CA 95814

Greenberg Traurig LLP
Attn Jon T Neumann
2375 East Camelback Rd Suite 700
Phoenix, AZ  85016

Gianelli Morris ALC
Attn Rob Gianelli
550 South Hope St Ste 1645
Los Angeles, CA  90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**